# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 486 |
| | : | |
| RESCISSION OF ORDER FILED AT | : | JUDICIAL ADMINISTRATION |
| NO. 46 JUDICIAL | : | |
| ADMINISTRATION DOCKET NO. 1 | : | DOCKET |
| | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 7th day of August, 2017, it is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the Order filed December 6, 1983 at No. 46 Judicial Administration Docket No. 1, amended January 4, 1984 (204 Pa. Code §29.10) (relating to Supreme Court review of first-degree murder cases pursuant to 42 Pa.C.S. §9711(h)(3)(iii) (repealed)), is hereby **RESCINDED**.

   This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.